ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CHARLES F. BISESTO (CABN 271353)
DAN M. KARMEL (NYBN 5151485)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Charles.Bisesto@usdoj.gov
    Dan.Karmel@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RAMON DE LA TORRE RAMOS,<br><br>    Defendant. | NO. 22-CR-00132-003-HSG<br><br>**UNITED STATES' SENTENCING MEMORANDUM**<br><br>Judge:               Hon. Haywood S. Gilliam Jr.<br>Sentencing Date:  June 12, 2024<br>Time:               2:00 p.m. |

I.     **INTRODUCTION**

    On March 14, 2023, Ramon De La Torre Ramos pleaded guilty pursuant to a plea agreement to Conspiracy to Acquire or Obtain Possession of a Controlled Substance by Misrepresentation, Fraud, Forgery, Deception, or Subterfuge, in violation of 21 U.S.C. §§ 846 and 843(a)(3).  PSR ¶¶ 1–2.  Ramos while on pretrial release has successfully completed the Conviction Alternative Program.  *Id.* ¶ 88.

## II. SENTENCING GUIDELINES CALCULATIONS

As set forth in the written plea agreement and the PSR, the Sentencing Guidelines calculations for Ramos's offense level is as follows:

| | |
|---|---|
| Base Offense Level, U.S.S.G. § 2D2.2(a): | 8 |
| Acceptance of Responsibility: | -2 |
| Total Adjusted Offense Level: | 6 |

*Id.* ¶¶ 23–31.  The government agrees with the Probation Officer's calculation that places Ramos in Criminal History Category III.  *Id.* ¶ 38.  As reflected in the PSR, the Guidelines range associated with adjusted offense level 6 and Criminal History Category III is 2 to 8 months' imprisonment.  *Id.* ¶ 67.

## III. GOVERNMENT'S SENTENCING RECOMMENDATION

Ramos's offense conduct was of course serious.  In October 2020, officers from the Antioch Police Department conducted a traffic stop of Ramos, who was in possession of cocaine and a firearm. *Id.* ¶ 10; *see also id.* ¶ 17.  Through their subsequent search of Ramos's phone, agents determined that his co-defendant, Kevin Ramirez, was supplying cocaine to their other co-defendant, Alireza Moheb, in exchange for narcotics prescriptions.  *Id.* ¶ 10.

The ensuing investigation revealed that beginning no later than November 21, 2019, and continuing until at least October 14, 2020, Ramos agreed with Ramirez and Moheb to obtain possession of controlled substances by misrepresentation, fraud, forgery, deception, or subterfuge.  *Id.* ¶ 12.  As part of this conspiracy, Ramos worked with Ramirez to provide Moheb with cocaine in exchange for prescriptions for hydrocodone with acetaminophen (commonly referred to as "Norco") and promethazine with codeine (commonly referred to as "syrup").  Ramos's conduct included filling multiple prescriptions that Moheb wrote for Ramos, *id.* ¶ 15, and for Ramirez, *id.* ¶ 16.  The defendants understood that Ramos and Ramirez were not legitimate patients of Moheb and that the prescriptions were without legitimate medical purposes.  *Id.* at ¶ 12.

On the other hand, the PSR notes several mitigating factors that pertain to Ramos's personal history and characteristics.  *Id.* at ¶¶ 48, 55, 56, 88.  Moreover, the government recognizes Ramos's rehabilitation and transformation while on pretrial release and through his participation in Oakland's

Conviction Alternatives Program, which has included mental health counseling and substance abuse treatment.  The undersigned has also been informed that Ramos has performed well in the Conviction Alternatives Program.

**IV.   CONCLUSION**

Because of Ramos's successful completion of the Conviction Alternatives Program, the government respectfully recommends a sentence of time served.

DATED:  June 5, 2024                                        Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

  /s/
DAN M. KARMEL
CHARLES F. BISESTO
Assistant United States Attorneys